**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7362**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

WILLIE REYNOLDS,

              Defendant – Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  N. Carlton Tilley, Jr., Senior District Judge.  (6:90-cr-00054-NCT-1)

Submitted:  January 13, 2011          Decided:  January 20, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Reynolds, Appellant Pro Se.  Paul Alexander Weinman, OFFICE OF THE UNITED STATES ATTORNEY, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Reynolds appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  See United States v. Reynolds, No. 6:90-cr-00054-NCT-1 (M.D.N.C. Sept. 10, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED